**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JUDGE JAMES M. LILLIS OF THE : No. 199 MM 2018
COMMONWEALTH OF PENNSYLVANIA, :
THE COURT OF COMMON PLEAS, :
BERKS COUNTY, PENNSYLVANIA, :
:
              Respondent :
:
:
:
        v. :
:
:
:
ALLEN LEE CABRERA, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of February, 2019, the Application for Leave to File Original Process is GRANTED, and Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.